

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00047-CR

Vicente **SALDANA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-09-0169-CRA
Honorable Stella Saxon, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED April 13, 2016.

Luz Elena D. Chapa, Justice